# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| COVINGTON SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 7:21-cv-02785-TMC |
| CLAUDE L. JOHNSON and LIMPAC, LLC, | ) ) ) ) |
| Defendants. | ) ) ) ) |

### PLAINTIFF COVINGTON SPECIALTY INSURANCE COMPANY'S VOLUNTARY DISMISSAL OF DEFENDANTS

Pursuant to the Federal Rule of Civil Procedure, Rule 41(a)(1)(i), Plaintiff Covington Specialty Insurance Company ("Covington") voluntarily dismiss Defendants Claude L. Johnson and Limpac, LLC from this action, without prejudice. This voluntary dismissal ends this action.

Plaintiff affirms Defendants Claude L. Johnson and Limpac, LLC have not answered the Complaint or otherwise responded in this action prior to the date of this filing.

**HALL BOOTH SMITH, P.C.**

*/s/Elizabeth F. Wieters*
Elizabeth F. Wieters, Esq., Federal Bar No. 12317
Daniel Fuerst, Esq., Federal Bar No. 12616
111 Coleman Blvd., Suite 301
Mt. Pleasant, SC 29464
Telephone: (843) 720-3460
Facsimile: (843) 720-3458
ewieters@hallboothsmith.com
dfuerst@hallboothsmith.com

*Attorneys for Covington Specialty Insurance Company*